PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
JUL 09 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**United States v. Mark William Weber**

**Docket No. 0:00CR00083-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Matthew T. Whiting**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Mark William Weber** who was sentenced for Felon in Possession of a Firearm on February 14, 2001, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare
- Abstain from alcohol
- Mandatory drug testing
- Mental health aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

June 27, 2008, Mr. Weber's drug test proved positive for marijuana. He admitted to the usage.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, to be completed within three months, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 8th day of July, 2008, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Matthew T. Whiting
Senior U.S. Probation Officer
Telephone: 218-529-3550

Executed on June 30, 2008
Place Duluth

SCANNED
JUL 09 2008
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission