RECEIVED
JUL 09 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Mark William Weber

Docket No. 0:00CR00083-001(PAM)

**HEARING WAIVER**

I, Mark William Weber, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, to be completed within three months, as approved by the probation office.

Signed: [signature]
Mark William Weber

Dated: 6/30/08

Witness: [signature]
Matthew T. Whiting
Senior U.S. Probation Officer

SCANNED
JUL 09 2008
U.S. DISTRICT COURT ST. PAUL